**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
COLETTE D. RAGIN,

                    Plaintiff,                  17 **CIVIL** 3832 (NSR)

      -against-                        **JUDGMENT**

RIVERBAY CORPORATION,
                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2020, Defendant's' motion for summary judgment is granted in its entirety, and judgment is entered in Defendant's favor; accordingly, the case is closed.

**Dated:** New York, New York
        June 24, 2020

                                                 **RUBY J. KRAJICK**
                                                        _____
                                                             Clerk of Court
                                            BY:
                                                             Deputy Clerk